In the Interest of A.D.T. and R.L.L.T.

No. ED 85134.

Missouri Court of Appeals,
Eastern District,
Division Three.

June 21, 2005.

Linda A. Colburn, St. Louis, MO, William P. Grant, Clayton, MO, for appellant.

Carol K. Bader, Clayton, MO, Chimene Y. Laskley, St. Louis, MO, for respondent.

Adrienne L. Schaffer–James, Clayton, MO, for juveniles.

Before CLIFFORD H. AHRENS, P.J., GLENN A. NORTON, J. and NANNETTE A. BAKER, J.

### ORDER

PER CURIAM.

Mother and Father appeal the judgment terminating their parental rights with respect to A.D.T. and R.L.L.T. The judgment is supported by substantial evidence and is not against the weight of the evidence. No error of law appears. An extended opinion would have no precedential value. We have, however, provided the parties a memorandum setting forth the

reasons for our decision. We affirm the judgment under Rule 84.16(b).